# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Opperman, Daniel S. | Bankruptcy Eastern District MI | 08/02/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

111 First Street
Bay City, Michigan 48708

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board Member | Lake Huron Area Council, Boy Scouts of America |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | The Dow Chemical Company - Salary and Bonus; Severance Benefits |
| 2. 2011 | The Dow Chemical Company - Pension |
| 3. 2011 | Opperman Consulting LLC - Earnings |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Institute of Continuing Legal Education | 03/15/11 | Plymouth, MI | Seminar | Transportation and Lodging |
| 2. | Institute of Continuing Legal Education | 04/01/11 | Plymouth, MI | Seminar | Transportation and Lodging |
| 3. | Circuit Judicial Conference | 06/13/11 - 06/17/11 | Traverse City, MI | Seminar | Transportation and Lodging |
| 4. | American Bankruptcy Institute | 06/09/11 | Traverse City, MI | Seminar | Transportation and Lodging |
| 5. | Federal Bar Association | 07/28/11 - 07/30/11 | Boyne Mountain, MI | Seminar | Transportation and Lodging |
| 6. | Federal Judicial Conference | 08/02/11 - 08/05/11 | Portland, OR | Seminar | Transportation and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 08/02/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Federal Bar Association | 10/27/11 - 10/28/11 | Detroit, MI | Seminar | Transportation and Lodging |
| 8. | American Bankruptcy Institute Veteran's Day Consumer Conference | 11/10/11 - 11/11/11 | Detroit, MI | Seminar | Transportation and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts | | | | | | | | | |
| 2. Citizens Bank | A | Interest | J | T | | | | | |
| 3. Comerica Bank | A | Interest | K | T | | | | | |
| 4. Dow Chemical Credit Union | C | Interest | M | T | | | | | |
| 5. Members First Credit Union | B | Interest | J | T | | | | | |
| 6. Members First Credit Union | B | Interest | J | T | | | | | |
| 7. Members First Credit Union | B | Interest | J | T | | | | | |
| 8. E-Trade | A | Interest | L | T | | | | | |
| 9. Merrill Lynch | A | Interest | J | T | | | | | |
| 10. Raymond James | A | Interest | J | T | | | | | |
| 11. Certificates of Deposit | | | | | | | | | |
| 12. Independent Bank | B | Interest | L | T | | | | | |
| 13. Citizens Bank | A | Interest | | | Redeemed | 10/12/11 | J | A | |
| 14. Citizens Bank | A | Interest | | | Redeemed | 12/28/11 | J | A | |
| 15. Members First Credit Union | B | Interest | L | T | | | | | |
| 16. Dow Chemical Credit Union | C | Interest | L | T | | | | | |
| 17. United Financial Credit Union | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wildfire Credit Union | B | Interest | K | T | | | | | |
| 19. Wolverine Bank | C | Interest | L | T | | | | | |
| 20. Municipal Bonds | | | | | | | | | |
| 21. CLARKSTON MI Cmnty Schls | B | Interest | K | T | Buy | 06/02/11 | K | | |
| 22. Delaware ST GO ULT | A | Interest | K | T | | | | | |
| 23. Florida ST GO ULT | A | Interest | K | T | | | | | |
| 24. Florida ST BRD ED | A | Interest | J | T | | | | | |
| 25. GEORGIA ST GO ULT | B | Interest | K | T | Buy (add'l) | 11/16/11 | K | | |
| 26. | | | | | Sold (part) | 11/16/11 | K | A | |
| 27. Illinois ST GO ULT | A | Interest | | | Sold | 03/07/11 | K | A | |
| 28. LOUISIANA ST GO ULT BONDS | A | Interest | K | T | | | | | |
| 29. Maryland ST GO ULT | B | Interest | L | T | | | | | |
| 30. MICHIGAN Drinking Wtr. Rev. | A | Interest | J | T | Buy | 08/23/11 | K | | |
| 31. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 32. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 33. Michigan ST GO ULT | B | Interest | K | T | | | | | |
| 34. Michigan ST Environmental | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Michigan ST Trunk Line | B | Interest | K | T | | | | | |
| 36. Minnesota ST GO ULT | B | Interest | K | T | | | | | |
| 37. NEW MEXICO ST GO ULT | A | Interest | K | T | Buy | 12/13/11 | K | | |
| 38. OHIO ST GO ULT | B | Interest | L | T | Buy (add'l) | 11/02/11 | K | | |
| 39. Pennsylvania ST GO ULT | B | Interest | K | T | Buy (add'l) | 11/02/11 | K | | |
| 40. Rhode Island ST GO ULT | B | Interest | | | Sold | 09/01/11 | L | A | |
| 41. Texas ST GO ULT | B | Interest | K | T | | | | | |
| 42. Treasury Bills | A | Interest | M | T | | | | | |
| 43. Washington ST GO ULT | C | Interest | L | T | | | | | |
| 44. Wisconsin ST GO ULT | A | Interest | K | T | | | | | |
| 45. Real Estate | | | | | | | | | |
| 46. Farmland, Millington, Michigan Acquired 04/13/89 for $70,000 | | None | L | R | | | | | |
| 47. Life Insurance | | | | | | | | | |
| 48. Farm Bureau Life Insurance | A | Interest | K | T | | | | | |
| 49. Stock and Certificates Held as Tenants By Entirety | | | | | | | | | |
| 50. ATMOS Energy | A | Dividend | J | T | | | | | |
| 51. BP PLC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Citizens Communications | A | Dividend | J | T | | | | | |
| 53. Chevron Corporation | B | Dividend | K | T | | | | | |
| 54. CMS Energy | A | Dividend | J | T | | | | | |
| 55. The Dow Chemical Company | D | Dividend | K | T | | | | | |
| 56. Great Plains Energy | A | Interest | J | T | | | | | |
| 57. Highwoods Property | A | Dividend | J | T | | | | | |
| 58. News Corp | A | Dividend | J | T | | | | | |
| 59. Northwestern Corp | A | Dividend | J | T | | | | | |
| 60. XCEL Energy | A | Dividend | J | T | | | | | |
| 61. Stocks and Certificates | | | | | | | | | |
| 62. The Dow Chemical Company | D | Dividend | M | T | | | | | |
| 63. Van Kampen Municipal Trust | A | Interest | J | T | | | | | |
| 64. Restricted Stock - The Dow Chemical Company | | None | M | T | | | | | |
| 65. Stock Options | | | | | | | | | |
| 66. The Dow Chemical Company | | None | K | T | | | | | |
| 67. Limited Liability Company Units - SRO | | | | | | | | | |
| 68. Opperman Consulting LLC | G | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Rowley Family Properties, LLC | | None | L | W | | | | | |
| 70. Stocks and Bonds - Broker Accounts IRA SRO | | | | | | | | | |
| 71. Adobe Systems | | None | | | Buy (add'l) | 02/24/11 | J | | |
| 72. | | | | | Sold | 06/27/11 | K | A | |
| 73. ALLERGAN INC, | A | Interest | J | T | | | | | |
| 74. Allergan Inc | A | Dividend | K | T | Buy (add'l) | 08/22/11 | J | | |
| 75. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 76. | | | | | Sold (part) | 12/13/11 | J | A | |
| 77. Amazon.com Inc. | | None | J | T | Buy (add'l) | 01/13/11 | J | | |
| 78. | | | | | Buy (add'l) | 02/02/11 | J | | |
| 79. | | | | | Sold (part) | 03/04/11 | J | A | |
| 80. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 81. | | | | | Sold (part) | 12/29/11 | J | B | |
| 82. Apple Computer Inc. | | None | K | T | Sold (part) | 06/23/11 | J | A | |
| 83. | | | | | Buy (add'l) | 07/26/11 | J | | |
| 84. | | | | | Sold (part) | 10/28/11 | J | B | |
| 85. | | | | | Buy (add'l) | 11/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BOEING CAP CORP. BONDS | A | Interest | J | T | | | | | |
| 87. Cerner Corp. | | None | K | T | Buy | 08/16/11 | J | | |
| 88. | | | | | Buy (add'l) | 08/23/11 | J | | |
| 89. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 90. COCA-COLA CO. | A | Interest | J | T | Buy | 05/06/11 | J | | |
| 91. Consol Energy Inc. | A | Dividend | | | Buy (add'l) | 04/18/11 | J | | |
| 92. | | | | | Sold (part) | 08/08/11 | J | A | |
| 93. | | | | | Sold | 08/25/11 | J | A | |
| 94. DIRECTV Class A | | None | K | T | Sold (part) | 02/02/11 | J | B | |
| 95. | | | | | Sold (part) | 02/07/11 | J | A | |
| 96. | | | | | Buy (add'l) | 05/12/11 | J | | |
| 97. | | | | | Buy (add'l) | 05/27/11 | J | | |
| 98. Dollar Tree Inc | | None | K | T | Sold (part) | 01/13/11 | J | A | |
| 99. | | | | | Buy (add'l) | 06/10/11 | J | | |
| 100. | | | | | Sold (part) | 11/23/11 | K | C | |
| 101. Dow Chemical Co | B | Dividend | L | T | | | | | |
| 102. EATON CORP. BONDS | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ebay Inc. | | None | K | T | Buy (add'l) | 10/03/11 | J | | |
| 104. | | | | | Sold (part) | 11/28/11 | J | A | |
| 105. Federated Treasury Series | A | Interest | M | T | | | | | |
| 106. First Solar | | None | | | Buy | 03/22/11 | J | | |
| 107. | | | | | Sold | 10/03/11 | J | A | |
| 108. FPL GROUP BONDS | A | Interest | | | Sold | 08/17/11 | J | A | |
| 109. GLAXOSMITHKLINE CAP INC. BONDS | A | Interest | J | T | | | | | |
| 110. Google Inc C1 A | | None | K | T | Sold (part) | 04/20/11 | J | A | |
| 111. | | | | | Sold (part) | 04/25/11 | J | A | |
| 112. | | | | | Buy (add'l) | 07/25/11 | J | | |
| 113. | | | | | Buy (add'l) | 09/27/11 | K | | |
| 114. Haemonetics Corp | | None | | | Sold | 01/13/11 | J | A | |
| 115. Henry Schein | | None | J | T | | | | | |
| 116. Hershey Co | A | Dividend | | | Sold | 09/01/11 | J | A | |
| 117. HEWLETT-PACKARD CO. BONDS | A | Interest | J | T | | | | | |
| 118. Intuitive Surgical Inc. | A | Dividend | K | T | Buy (add'l) | 01/28/11 | J | | |
| 119. | | | | | Buy (add'l) | 07/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 10/25/11 | J | A | |
| 121. iShares MCSI EAFE | A | Dividend | J | T | | | | | |
| 122. MCDONALD'S CORP. BONDS | A | Interest | J | T | | | | | |
| 123. MEDTRONIC INC. BONDS | A | Interest | | | Sold | 04/15/11 | J | A | |
| 124. MICHIGAN ST TAXABLE GO ULT BONDS | A | Interest | K | T | | | | | |
| 125. MICROS Systems, Inc | | None | J | T | Sold (part) | 02/24/11 | J | B | |
| 126. | | | | | Sold (part) | 08/11/11 | J | B | |
| 127. Microsoft Corp | A | Dividend | | | Sold | 07/26/11 | J | A | |
| 128. MWI Veterinary Supply | | None | J | T | Sold (part) | 02/02/11 | J | B | |
| 129. | | | | | Buy (add'l) | 08/08/11 | J | | |
| 130. | | | | | Sold (part) | 09/27/11 | J | A | |
| 131. | | | | | Sold (part) | 11/10/11 | J | A | |
| 132. Neogen Corp. | | None | J | T | Sold (part) | 01/28/11 | J | B | |
| 133. Netflix Inc. | A | Dividend | | | Sold (part) | 02/02/11 | J | C | |
| 134. | | | | | Sold (part) | 07/14/11 | J | D | |
| 135. | | | | | Sold (part) | 09/27/11 | J | A | |
| 136. | | | | | Sold | 10/28/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. OCCIDENTAL PETROLEUM | A | Interest | J | T | Buy | 08/19/11 | J | | |
| 138. O'Reilly Automotive Inc | | None | K | T | Sold (part) | 02/24/11 | J | C | |
| 139. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 140. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 141. | | | | | Sold (part) | 12/15/11 | J | A | |
| 142. Oracle Corp | A | Dividend | J | T | Sold (part) | 02/02/11 | J | A | |
| 143. | | | | | Sold (part) | 06/07/11 | J | B | |
| 144. Panera Bread | | None | K | T | Buy | 11/09/11 | J | | |
| 145. | | | | | Buy (add'l) | 11/28/11 | J | | |
| 146. | | | | | Buy (add'l) | 12/07/11 | J | | |
| 147. PEPSI BOTTLING GROUP LLC BONDS | A | Interest | J | T | | | | | |
| 148. PetSmart | A | Dividend | K | T | Sold (part) | 02/02/11 | J | A | |
| 149. | | | | | Sold (part) | 04/15/11 | J | D | |
| 150. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 151. | | | | | Sold (part) | 12/15/11 | J | A | |
| 152. Polycom Inc. | | None | J | T | Buy (add'l) | 01/10/11 | J | | |
| 153. | | | | | Sold (part) | 02/02/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 02/17/11 | J | | |
| 155. | | | | | Sold (part) | 05/12/11 | J | A | |
| 156. | | | | | Sold (part) | 08/08/11 | J | A | |
| 157. | | | | | Sold (part) | 09/27/11 | J | A | |
| 158. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 159. Portfolio Recovery Assoc. | | None | J | T | Sold (part) | 07/19/11 | J | B | |
| 160. | | | | | Sold (part) | 12/15/11 | J | A | |
| 161. PRAXAIR INC. BONDS | A | Interest | J | T | | | | | |
| 162. Qualcomm Inc. | A | Dividend | K | T | Buy | 06/27/11 | K | | |
| 163. | | | | | Sold (part) | 08/23/11 | J | A | |
| 164. | | | | | Buy (add'l) | 11/10/11 | J | | |
| 165. RBC Money Market | A | Interest | K | T | | | | | |
| 166. Starbucks | A | Dividend | K | T | Buy | 11/10/11 | J | | |
| 167. | | | | | Buy (add'l) | 11/28/11 | J | | |
| 168. | | | | | Buy (add'l) | 12/07/11 | J | | |
| 169. Stericycle Inc | | None | J | T | Buy (add'l) | 02/24/11 | J | | |
| 170. | | | | | Sold (part) | 05/27/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  STRYKER CORP. BONDS | A | Interest | J | T | | | | | |
| 172.  Treasury Bills | A | Interest | K | T | | | | | |
| 173.  UNITED PARCEL SERVICE BONDS | A | Interest | J | T | | | | | |
| 174.  WALGREEN CO. BONDS | A | Interest | J | T | | | | | |
| 175.  WALT DISNEY CO. BONDS | A | Interest | J | T | | | | | |
| 176.  Waters Corp | | None | J | T | Buy (add'l) | 04/20/11 | J | | |
| 177. | | | | | Sold (part) | 08/01/11 | J | A | |
| 178.  Wright Express Corp. | | None | K | T | Sold (part) | 05/27/11 | J | B | |
| 179. | | | | | Sold (part) | 08/22/11 | J | A | |
| 180. | | | | | Buy (add'l) | 12/23/11 | J | | |
| 181.  Stocks and Bonds - Broker Accounts IRA DSO | | | | | | | | | |
| 182.  AT&T Bonds | A | Interest | J | T | | | | | |
| 183.  Adobe Systems | | None | | | Buy | 01/11/11 | J | | |
| 184. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 185. | | | | | Sold | 06/27/11 | J | A | |
| 186.  Albermarle Corp. | A | Dividend | | | Buy | 03/24/11 | J | | |
| 187. | | | | | Sold | 03/25/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  ALLERGAN INC. | A | Interest | J | T | Buy | 11/01/11 | J | | |
| 189.  Allergan Inc. | A | Dividend | J | T | Buy | 03/25/11 | J | | |
| 190. | | | | | Sold (part) | 06/28/11 | J | A | |
| 191. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 192. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 193. | | | | | Sold (part) | 12/13/11 | J | A | |
| 194.  Amazon.com Inc. | | None | J | T | Buy (add'l) | 01/13/11 | J | | |
| 195. | | | | | Sold (part) | 01/24/11 | J | A | |
| 196. | | | | | Buy (add'l) | 03/18/11 | J | | |
| 197.  Apple Computer Inc. | | None | J | T | Sold (part) | 01/24/11 | J | A | |
| 198. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 199.  ARM Hldgs PLC | A | Dividend | | | Buy | 01/26/11 | J | | |
| 200. | | | | | Buy (add'l) | 02/07/11 | J | | |
| 201. | | | | | Sold (part) | 02/10/11 | J | A | |
| 202. | | | | | Sold | 03/25/11 | J | A | |
| 203.  BOEING CAP CORP. BONDS | A | Interest | J | T | | | | | |
| 204.  Baker Hughes Inc. | A | Dividend | | | Buy | 03/18/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 03/25/11 | J | A | |
| 206. BlackRock, Inc. | A | Dividend | | | Buy | 01/25/11 | J | | |
| 207. | | | | | Sold | 03/25/11 | J | A | |
| 208. Canadian Pacific Railway | A | Dividend | | | Sold | 01/05/11 | J | A | |
| 209. Casey's General Store | A | Dividend | | | Sold | 03/25/11 | J | A | |
| 210. Cerner Corp. | | None | J | T | Buy | 08/16/11 | J | | |
| 211. | | | | | Buy (add'l) | 08/23/11 | J | | |
| 212. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 213. Charles Schwab Corp. | A | Dividend | | | Buy (add'l) | 01/19/11 | J | | |
| 214. | | | | | Sold | 03/25/11 | J | A | |
| 215. CHEVRON CORP Bonds | A | Interest | | | Sold | 09/03/11 | J | A | |
| 216. Check Point Software | | None | | | Sold | 01/13/11 | J | A | |
| 217. Comcast Corp. Cl A | A | Dividend | | | Buy | 02/22/11 | J | | |
| 218. | | | | | Sold | 03/25/11 | J | A | |
| 219. Conoco Phillips | A | Dividend | | | Buy | 02/22/11 | J | | |
| 220. | | | | | Sold | 03/25/11 | J | A | |
| 221. Consol Energy Inc. | A | Dividend | | | Sold (part) | 03/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 04/21/11 | J | | |
| 223. | | | | | Sold (part) | 08/08/11 | J | A | |
| 224. | | | | | Sold | 08/25/11 | J | A | |
| 225. Ctrip.com Int'l | | None | | | Buy | 03/01/11 | J | | |
| 226. | | | | | Sold | 03/25/11 | J | A | |
| 227. DIRECTV Class A | | None | J | T | Buy | 03/25/11 | J | | |
| 228. | | | | | Buy (add'l) | 05/12/11 | J | | |
| 229. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 230. Dollar Tree Inc. | | None | J | T | Buy | 03/25/11 | J | | |
| 231. | | | | | Buy (add'l) | 06/10/11 | J | | |
| 232. | | | | | Sold (part) | 06/28/11 | J | A | |
| 233. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 234. | | | | | Sold (part) | 12/27/11 | J | A | |
| 235. Dreyfus Money Market | A | Interest | J | T | | | | | |
| 236. Ebay Inc. | | None | J | T | Sold (part) | 02/15/11 | J | A | |
| 237. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 238. | | | | | Buy (add'l) | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 11/28/11 | J | A | |
| 240. Exxon Mobil Corp | A | Dividend | | | Sold (part) | 02/28/11 | J | A | |
| 241. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 242. | | | | | Sold | 03/25/11 | J | A | |
| 243. First Solar | | None | | | Buy | 03/25/11 | J | | |
| 244. | | | | | Sold | 10/03/11 | J | A | |
| 245. Google Inc. Cl A | | None | J | T | Buy (add'l) | 01/11/11 | J | | |
| 246. | | | | | Sold (part) | 04/20/11 | J | A | |
| 247. | | | | | Sold (part) | 04/25/11 | J | A | |
| 248. | | | | | Buy (add'l) | 09/27/11 | J | | |
| 249. Health Care REIT | A | Dividend | | | Buy | 02/08/11 | J | | |
| 250. | | | | | Sold | 03/25/11 | J | A | |
| 251. Henry Schein | | None | J | T | Buy | 03/25/11 | J | | |
| 252. IBM CORP Bonds | A | Interest | J | T | | | | | |
| 253. Illinois Tool Works | A | Dividend | | | Buy | 01/10/11 | J | | |
| 254. | | | | | Sold | 03/25/11 | J | A | |
| 255. Intuitive Surgical Inc. | | None | J | T | Sold (part) | 01/27/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 257. Lindsay Corp. | A | Dividend | | | Buy | 03/18/11 | J | | |
| 258. | | | | | Sold | 03/25/11 | J | A | |
| 259. MCDONALD'S CORP. BONDS | A | Interest | J | T | | | | | |
| 260. MICROS Systems, Inc. | | None | J | T | Sold (part) | 02/24/11 | J | A | |
| 261. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 262. | | | | | Sold (part) | 08/11/11 | J | A | |
| 263. Microsoft Corp | A | Dividend | | | Buy | 01/11/11 | J | | |
| 264. | | | | | Sold | 07/26/11 | J | A | |
| 265. Murphy Oil Corp. | A | Dividend | | | Buy | 01/14/11 | J | | |
| 266. | | | | | Sold | 03/16/11 | J | A | |
| 267. MWI Veterinary Supply | | None | J | T | Sold (part) | 03/23/11 | J | A | |
| 268. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 269. | | | | | Buy (add'l) | 08/08/11 | J | | |
| 270. | | | | | Sold (part) | 09/27/11 | J | A | |
| 271. | | | | | Sold (part) | 11/10/11 | J | A | |
| 272. Nabors Industries Ltd | A | Dividend | | | Sold (part) | 02/28/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 03/02/11 | J | | |
| 274. | | | | | Sold | 03/25/11 | J | A | |
| 275. Neogen Corp. | | None | J | T | Sold (part) | 01/28/11 | J | A | |
| 276. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 277. Netflix Inc. | | None | | | Buy | 03/25/11 | J | | |
| 278. | | | | | Sold | 10/28/11 | J | A | |
| 279. NICE | | None | | | Buy | 02/22/11 | J | | |
| 280. | | | | | Sold | 03/25/11 | J | A | |
| 281. NOVARTIS AG Bonds | A | Interest | | | Sold | 08/18/11 | J | A | |
| 282. OCCIDENTAL PETROLEUM | A | Interest | J | T | Buy | 08/19/11 | J | | |
| 283. Open Text Corp. | | None | | | Buy | 03/21/11 | J | | |
| 284. | | | | | Sold | 03/25/11 | J | A | |
| 285. Oracle Corp. | A | Dividend | J | T | Buy | 03/25/11 | J | | |
| 286. O'Reilly Automotive Inc. | | None | J | T | Buy | 03/25/11 | J | | |
| 287. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 288. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 289. | | | | | Sold (part) | 12/27/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Panera Bread Co. | | None | J | T | Buy | 12/27/11 | J | | |
| 291. Petsmart | A | Dividend | J | T | Buy | 03/25/11 | J | | |
| 292. | | | | | Sold (part) | 04/15/11 | J | A | |
| 293. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 294. | | | | | Sold (part) | 12/27/11 | J | A | |
| 295. PFIZER Bonds | A | Interest | J | T | | | | | |
| 296. Polycom Inc. | | None | J | T | Buy | 02/07/11 | J | | |
| 297. | | | | | Sold (part) | 03/11/11 | J | A | |
| 298. | | | | | Buy (add'l) | 03/18/11 | J | | |
| 299. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 300. | | | | | Sold (part) | 08/08/11 | J | A | |
| 301. | | | | | Sold (part) | 09/27/11 | J | A | |
| 302. Portfolio Recovery Assoc. | | None | J | T | Buy | 03/25/11 | J | | |
| 303. | | | | | Buy (add'l) | 05/27/11 | J | | |
| 304. | | | | | Sold (part) | 07/19/11 | J | A | |
| 305. Procter & Gamble Co Bonds | A | Interest | J | T | | | | | |
| 306. Qualcomm Inc. | A | Dividend | J | T | Buy | 06/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 08/23/11 | J | A | |
| 308. | | | | | Buy (add'l) | 11/10/11 | J | | |
| 309. Shire LTD-ADR | A | Dividend | | | Sold | 01/24/11 | J | A | |
| 310. Siemens | A | Dividend | | | Buy | 02/18/11 | J | | |
| 311. | | | | | Sold | 03/25/11 | J | A | |
| 312. SPDR Gold Trust | | None | | | Sold | 01/25/11 | J | A | |
| 313. Starbucks Corp. | A | Dividend | J | T | Buy | 11/10/11 | J | | |
| 314. | | | | | Buy (add'l) | 11/28/11 | J | | |
| 315. Stericycle | | None | J | T | Buy | 03/25/11 | J | | |
| 316. | | | | | Sold (part) | 05/27/11 | J | A | |
| 317. Toronto-Dominion Bank | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 318. UnitedHealth Group | A | Dividend | | | Sold | 01/24/11 | J | A | |
| 319. Veolia Environment | A | Dividend | | | Sold | 03/25/11 | J | A | |
| 320. Waters Corp. | | None | J | T | Buy | 03/25/11 | J | | |
| 321. | | | | | Buy (add'l) | 04/20/11 | J | | |
| 322. | | | | | Sold (part) | 06/28/11 | J | A | |
| 323. Wright Express Corp. | | None | J | T | Sold (part) | 02/28/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 325. | | | | | Sold (part) | 05/27/11 | J | A | |
| 326. | | | | | Sold (part) | 08/22/11 | J | A | |
| 327. Broker Account - ▨ | | | | | | | | | |
| 328. Accenture LTD Cl A | A | Dividend | J | T | Sold (part) | 02/16/11 | J | B | |
| 329. | | | | | Buy (add'l) | 03/24/11 | J | | |
| 330. | | | | | Sold (part) | 04/15/11 | J | A | |
| 331. | | | | | Buy (add'l) | 06/27/11 | J | | |
| 332. | | | | | Sold (part) | 07/05/11 | J | B | |
| 333. Adobe Systems | | None | | | Buy (add'l) | 01/20/11 | J | | |
| 334. | | | | | Sold | 06/27/11 | K | A | |
| 335. Albermarle Corp. | A | Dividend | | | Buy (add'l) | 01/20/11 | J | | |
| 336. | | | | | Sold (part) | 02/24/11 | J | A | |
| 337. | | | | | Sold (part) | 06/06/11 | J | C | |
| 338. | | | | | Sold | 08/23/11 | J | A | |
| 339. Alcon Inc | A | Dividend | | | Sold | 01/19/11 | J | A | |
| 340. Allergan | A | Dividend | K | T | Buy | 08/31/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Amazon.com Inc. | | None | K | T | Buy | 11/14/11 | K | | |
| 342. Apache | A | Dividend | | | Sold | 09/19/11 | J | A | |
| 343. Apple Computer Inc. | | None | K | T | Sold (part) | 01/26/11 | K | D | |
| 344. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 345. | | | | | Sold (part) | 09/23/11 | K | C | |
| 346. | | | | | Sold (part) | 10/13/11 | K | A | |
| 347. | | | | | Buy (add'l) | 10/24/11 | K | | |
| 348. ARM Hldgs PLC | A | Dividend | K | T | Buy | 01/26/11 | J | | |
| 349. | | | | | Buy (add'l) | 02/09/11 | K | | |
| 350. | | | | | Sold (part) | 02/10/11 | J | A | |
| 351. | | | | | Buy (add'l) | 02/16/11 | J | | |
| 352. | | | | | Buy (add'l) | 02/18/11 | J | | |
| 353. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 354. | | | | | Buy (add'l) | 03/29/11 | J | | |
| 355. Baker Hughes Inc. | A | Dividend | K | T | Buy | 02/16/11 | K | | |
| 356. | | | | | Buy (add'l) | 05/02/11 | K | | |
| 357. | | | | | Sold (part) | 07/11/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Banco Bradesco | A | Dividend | J | T | Buy (add'l) | 02/16/11 | J | | |
| 359. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 360. | | | | | Sold (part) | 03/15/11 | K | A | |
| 361. | | | | | Buy (add'l) | 06/10/11 | J | | |
| 362. Banco Santander Chile | A | Dividend | | | Buy (add'l) | 02/16/11 | J | | |
| 363. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 364. | | | | | Sold (part) | 03/01/11 | J | A | |
| 365. | | | | | Sold | 03/02/11 | J | B | |
| 366. Baxter Int'l Inc. | A | Dividend | | | Buy | 08/31/11 | J | | |
| 367. | | | | | Buy (add'l) | 10/03/11 | K | | |
| 368. | | | | | Sold | 11/23/11 | K | A | |
| 369. BHP Billiton Ltd | A | Dividend | J | T | Buy (add'l) | 02/22/11 | J | | |
| 370. | | | | | Buy (add'l) | 03/29/11 | J | | |
| 371. | | | | | Sold (part) | 08/08/11 | K | A | |
| 372. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 373. BlackRock Inc. | A | Dividend | | | Buy | 01/25/11 | K | | |
| 374. | | | | | Sold | 08/02/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. Canadian Pacific Railway | A | Dividend | | | Buy (add'l) | 02/22/11 | J | | |
| 376. | | | | | Sold | 03/15/11 | K | A | |
| 377. CARBO Ceramics Inc. | A | Dividend | J | T | Buy | 09/19/11 | J | | |
| 378. Casey's General Stores | A | Dividend | J | T | Sold (part) | 01/13/11 | K | A | |
| 379. | | | | | Sold (part) | 02/16/11 | J | A | |
| 380. | | | | | Sold (part) | 03/04/11 | J | A | |
| 381. | | | | | Buy (add'l) | 08/11/11 | J | | |
| 382. | | | | | Sold (part) | 12/30/11 | J | B | |
| 383. Cemig SA ADR | A | Dividend | J | T | Buy (add'l) | 02/16/11 | J | | |
| 384. Charles Schwab Corp. | A | Dividend | | | Buy (add'l) | 01/19/11 | J | | |
| 385. | | | | | Sold (part) | 04/11/11 | J | A | |
| 386. | | | | | Sold (part) | 05/27/11 | J | A | |
| 387. | | | | | Sold | 06/10/11 | J | A | |
| 388. Check Point Software | | None | K | T | Buy (add'l) | 02/16/11 | J | | |
| 389. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 390. | | | | | Sold (part) | 04/06/11 | J | A | |
| 391. | | | | | Buy (add'l) | 08/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Chesapeake Energy Corp | A | Dividend | J | T | | | | | |
| 393. Chevron Texaco Corp. | A | Dividend | J | T | Sold (part) | 02/16/11 | J | A | |
| 394. | | | | | Sold (part) | 10/03/11 | J | A | |
| 395. Coca Cola | A | Dividend | J | T | Sold (part) | 01/10/11 | K | B | |
| 396. | | | | | Sold (part) | 02/16/11 | J | A | |
| 397. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 398. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 399. | | | | | Buy (add'l) | 07/22/11 | J | | |
| 400. | | | | | Buy (add'l) | 08/11/11 | J | | |
| 401. | | | | | Sold (part) | 10/25/11 | J | A | |
| 402. Colgate-Palmolive Co. | A | Dividend | K | T | Buy | 09/02/11 | J | | |
| 403. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 404. Comcast Corp | A | Dividend | | | Sold (part) | 02/16/11 | J | B | |
| 405. | | | | | Buy (add'l) | 02/24/11 | J | | |
| 406. | | | | | Buy (add'l) | 03/29/11 | J | | |
| 407. | | | | | Sold (part) | 08/10/11 | J | A | |
| 408. | | | | | Sold | 11/09/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Companhia Brasiteira-SP PRF | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 410. | | | | | Sold (part) | 07/05/11 | J | A | |
| 411. Core Labs | A | Dividend | K | T | Buy (add'l) | 02/16/11 | J | | |
| 412. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 413. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 414. | | | | | Sold (part) | 10/27/11 | J | A | |
| 415. Ctrip.com Int'l | | None | | | Sold (part) | 01/10/11 | J | B | |
| 416. | | | | | Buy (add'l) | 02/16/11 | J | | |
| 417. | | | | | Sold (part) | 02/18/11 | J | A | |
| 418. | | | | | Buy (add'l) | 03/29/11 | J | | |
| 419. | | | | | Sold (part) | 08/05/11 | J | A | |
| 420. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 421. | | | | | Sold | 11/18/11 | J | A | |
| 422. CVS Corp. | A | Dividend | K | T | Buy | 11/23/11 | J | | |
| 423. | | | | | Buy (add'l) | 12/23/11 | K | | |
| 424. Diageo PLC ADR | A | Dividend | K | T | Buy | 11/14/11 | J | | |
| 425. | | | | | Buy (add'l) | 11/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 47

Name of Person Reporting

Opperman, Daniel S.

Date of Report

08/02/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 11/28/11 | J | | |
| 427. Direct TV Class A | | None | J | T | Buy | 05/27/11 | J | | |
| 428. Donaldson Co. Inc. | A | Dividend | | | Sold (part) | 02/16/11 | J | B | |
| 429. | | | | | Sold | 09/22/11 | J | C | |
| 430. Eaton | A | Dividend | | | Buy (add'l) | 01/18/11 | K | | |
| 431. | | | | | Sold (part) | 02/16/11 | J | A | |
| 432. | | | | | Sold (part) | 05/20/11 | J | A | |
| 433. | | | | | Sold | 08/22/11 | J | C | |
| 434. Energen Corp | A | Dividend | J | T | | | | | |
| 435. Enerplus Resources Fund | B | Dividend | K | T | | | | | |
| 436. Enterprise Prod | A | Dividend | K | T | | | | | |
| 437. Expeditors Int'l of WA | A | Dividend | J | T | Sold (part) | 02/16/11 | J | B | |
| 438. | | | | | Sold (part) | 02/28/11 | J | C | |
| 439. | | | | | Sold (part) | 03/18/11 | J | B | |
| 440. Exxon Mobil Corp | A | Dividend | K | T | Sold (part) | 02/16/11 | K | A | |
| 441. | | | | | Sold (part) | 07/21/11 | J | A | |
| 442. Fomento Eco Mexicano | A | Dividend | K | T | Buy (add'l) | 02/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 47

Name of Person Reporting

Opperman, Daniel S.

Date of Report

08/02/2012

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 444. | | | | | Buy (add'l) | 03/29/11 | J | | |
| 445. | | | | | Buy (add'l) | 08/15/11 | J | | |
| 446. Fresenius Med Care ADR | A | Dividend | J | T | Buy | 07/27/11 | J | | |
| 447. Google | | None | K | T | Buy (add'l) | 01/11/11 | K | | |
| 448. | | | | | Sold (part) | 01/26/11 | K | A | |
| 449. | | | | | Buy (add'l) | 02/04/11 | K | | |
| 450. | | | | | Sold (part) | 04/20/11 | K | A | |
| 451. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 452. | | | | | Buy (add'l) | 07/25/11 | J | | |
| 453. Henry Schein | | None | | | Sold (part) | 04/15/11 | J | A | |
| 454. | | | | | Sold | 06/06/11 | J | B | |
| 455. Hershey Co | A | Dividend | K | T | Buy | 02/11/11 | J | | |
| 456. | | | | | Sold (part) | 04/15/11 | J | A | |
| 457. | | | | | Sold (part) | 05/23/11 | J | A | |
| 458. | | | | | Buy (add'l) | 07/29/11 | K | | |
| 459. | | | | | Buy (add'l) | 08/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 47

Name of Person Reporting

Opperman, Daniel S.

Date of Report

08/02/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 11/23/11 | J | A | |
| 461. Hormel Foods Corp. | A | Dividend | | | Sold (part) | 01/13/11 | K | C | |
| 462. | | | | | Buy (add'l) | 02/11/11 | K | | |
| 463. | | | | | Sold (part) | 04/15/11 | J | A | |
| 464. | | | | | Sold | 09/22/11 | J | B | |
| 465. HSBC | A | Dividend | | | Buy | 02/16/11 | J | | |
| 466. | | | | | Sold | 05/31/11 | J | A | |
| 467. IBM | A | Dividend | K | T | Buy (add'l) | 07/26/11 | K | | |
| 468. Illinois Tool Works | A | Dividend | | | Buy (add'l) | 01/10/11 | J | | |
| 469. | | | | | Sold (part) | 02/16/11 | J | A | |
| 470. | | | | | Sold | 07/29/11 | K | A | |
| 471. Intuitive Surgical Inc. | | None | | | Buy | 04/07/11 | K | | |
| 472. | | | | | Sold | 09/22/11 | K | C | |
| 473. iShares FTSE/China 25 | A | Dividend | J | T | Buy (add'l) | 02/16/11 | J | | |
| 474. iShares MCSI EAFE | A | Dividend | J | T | Buy (add'l) | 02/16/11 | J | | |
| 475. | | | | | Sold (part) | 08/10/11 | J | A | |
| 476. | | | | | Buy (add'l) | 11/01/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  iShares MSCI Emerging | A | Dividend | K | T | Buy (add'l) | 02/16/11 | J | | |
| 478. | | | | | Sold (part) | 02/18/11 | J | A | |
| 479. | | | | | Buy (add'l) | 03/29/11 | J | | |
| 480. | | | | | Buy (add'l) | 04/06/11 | J | | |
| 481.  Japan Index | A | Dividend | J | T | Buy (add'l) | 02/16/11 | J | | |
| 482. | | | | | Buy (add'l) | 03/29/11 | J | | |
| 483. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 484.  Johnson & Johnson | A | Dividend | K | T | Buy (add'l) | 05/23/11 | J | | |
| 485.  Kinder Morgan Energy Partners | C | Dividend | L | T | | | | | |
| 486.  Kraft Foods Inc. | A | Dividend | J | T | Buy | 08/17/11 | K | | |
| 487. | | | | | Buy (add'l) | 09/09/11 | J | | |
| 488. | | | | | Sold (part) | 12/23/11 | J | A | |
| 489.  Lindsay Corp. | A | Dividend | K | T | Sold (part) | 02/16/11 | J | C | |
| 490.  Logitech International | | None | | | Buy (add'l) | 02/16/11 | J | | |
| 491. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 492. | | | | | Sold | 03/21/11 | K | A | |
| 493.  McDonald's Corp. | A | Dividend | | | Buy | 08/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 47

Name of Person Reporting

Opperman, Daniel S.

Date of Report

08/02/2012

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 08/11/11 | J | | |
| 495. | | | | | Sold | 12/22/11 | K | C | |
| 496. MICROS Systems, Inc. | | None | | | Sold | 02/24/11 | J | A | |
| 497. Microsoft Corp. | A | Dividend | K | T | Buy (add'l) | 01/11/11 | J | | |
| 498. | | | | | Sold (part) | 02/16/11 | J | C | |
| 499. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 500. | | | | | Buy (add'l) | 08/11/11 | J | | |
| 501. Murphy Oil Corp | A | Dividend | | | Buy (add'l) | 01/13/11 | J | | |
| 502. | | | | | Sold (part) | 02/22/11 | J | A | |
| 503. | | | | | Sold | 03/16/11 | K | C | |
| 504. Nabors Industries Ltd | | None | | | Sold (part) | 02/16/11 | J | B | |
| 505. | | | | | Buy (add'l) | 03/02/11 | J | | |
| 506. | | | | | Sold | 06/23/11 | K | A | |
| 507. National Instruments Corp. | A | Dividend | | | Buy | 03/24/11 | J | | |
| 508. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 509. | | | | | Sold | 08/02/11 | J | A | |
| 510. Netflix Inc. | | None | | | Sold | 01/25/11 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 47

Name of Person Reporting

Opperman, Daniel S.

Date of Report

08/02/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. New Oriental Education-SP ADR | | None | | | Buy (add'l) | 02/16/11 | J | | |
| 512. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 513. | | | | | Sold (part) | 05/02/11 | K | C | |
| 514. | | | | | Buy (add'l) | 08/15/11 | K | | |
| 515. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 516. | | | | | Sold | 12/20/11 | K | A | |
| 517. NICE Systems Ltd | | None | K | T | Buy (add'l) | 01/19/11 | J | | |
| 518. | | | | | Buy (add'l) | 02/16/11 | J | | |
| 519. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 520. | | | | | Sold (part) | 08/25/11 | J | A | |
| 521. | | | | | Buy (add'l) | 11/14/11 | J | | |
| 522. Nike Inc. | A | Dividend | K | T | Buy | 10/13/11 | J | | |
| 523. | | | | | Buy (add'l) | 10/14/11 | J | | |
| 524. | | | | | Buy (add'l) | 11/14/11 | J | | |
| 525. OCCIDENTAL PETROLEUM | A | Dividend | K | T | Buy | 03/16/11 | K | | |
| 526. OGE Energy Corp | A | Dividend | K | T | Buy | 10/25/11 | K | | |
| 527. Omnicom Group Inc. | A | Dividend | J | T | Sold (part) | 02/16/11 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 47

Name of Person Reporting

Opperman, Daniel S.

Date of Report

08/02/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Oneok Partners LP | D | Dividend | L | T | | | | | |
| 529. Open Text Corp. | | None | K | T | Buy | 03/21/11 | K | | |
| 530. | | | | | Sold (part) | 04/07/11 | J | B | |
| 531. | | | | | Buy (add'l) | 08/24/11 | J | | |
| 532. Oracle Corp. | A | Dividend | J | T | Sold (part) | 02/16/11 | K | C | |
| 533. | | | | | Sold (part) | 06/07/11 | K | C | |
| 534. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 535. PF Chang's China Bistro | A | Dividend | | | Sold | 01/24/11 | J | A | |
| 536. Pharmaceutical Product Dev. | A | Dividend | | | Sold (part) | 02/16/11 | J | A | |
| 537. | | | | | Sold | 08/31/11 | J | B | |
| 538. Polycom Inc. | A | Dividend | | | Sold | 01/26/11 | J | B | |
| 539. Potash Corp. | A | Dividend | J | T | Buy | 06/01/11 | K | | |
| 540. | | | | | Sold (part) | 12/20/11 | J | A | |
| 541. Praxair Inc. | A | Dividend | K | T | Sold (part) | 01/13/11 | K | B | |
| 542. | | | | | Buy (add'l) | 03/22/11 | K | | |
| 543. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 544. | | | | | Sold (part) | 11/02/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Procter & Gamble Co. | A | Dividend | | | Sold (part) | 02/16/11 | J | A | |
| 546. | | | | | Sold | 09/02/11 | J | A | |
| 547. Prudential Fin'l Inc. | A | Dividend | | | Buy | 05/23/11 | K | | |
| 548. | | | | | Sold (part) | 09/27/11 | J | A | |
| 549. | | | | | Sold | 12/07/11 | J | A | |
| 550. QIAGEN NV | | None | | | Buy | 02/22/11 | J | | |
| 551. | | | | | Buy (add'l) | 04/26/11 | K | | |
| 552. | | | | | Sold (part) | 06/10/11 | J | A | |
| 553. | | | | | Sold | 10/21/11 | J | A | |
| 554. Qualcomm Inc. | A | Dividend | K | T | Buy | 11/10/11 | K | | |
| 555. Rayonier Inc. | A | Dividend | | | Sold | 06/06/11 | J | C | |
| 556. S&P 500 Trust | A | Dividend | J | T | | | | | |
| 557. SAP AG ADR a/k/a SAP Aktiengesellschaft | A | Dividend | K | T | Buy | 02/22/11 | J | | |
| 558. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 559. Shire LTD-ADR | A | Dividend | K | T | Buy (add'l) | 02/16/11 | J | | |
| 560. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 561. | | | | | Sold (part) | 03/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 08/08/11 | K | D | |
| 563. | | | | | Buy (add'l) | 11/01/11 | K | | |
| 564. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 565. Siemens | A | Dividend | | | Buy (add'l) | 02/18/11 | K | | |
| 566. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 567. | | | | | Sold (part) | 06/01/11 | J | A | |
| 568. | | | | | Sold (part) | 07/13/11 | J | C | |
| 569. | | | | | Sold | 12/07/11 | K | A | |
| 570. SPDR Gold Trust | | None | K | T | Sold (part) | 01/10/11 | K | D | |
| 571. | | | | | Buy (add'l) | 08/09/11 | J | | |
| 572. Starbucks Corp. | A | Dividend | K | T | Buy | 11/10/11 | J | | |
| 573. | | | | | Buy (add'l) | 11/28/11 | J | | |
| 574. Suncor Energy Inc | A | Dividend | K | T | | | | | |
| 575. T Rowe Price Group | A | Dividend | | | Sold (part) | 02/16/11 | J | B | |
| 576. | | | | | Sold (part) | 04/29/11 | J | A | |
| 577. | | | | | Sold | 05/12/11 | J | B | |
| 578. Target Corp | A | Dividend | K | T | Sold (part) | 02/16/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 580. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 581. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 582. Teekay Offshore | A | Dividend | J | T | | | | | |
| 583. Teva Pharmaceutical | A | Dividend | | | Buy (add'l) | 02/16/11 | J | | |
| 584. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 585. | | | | | Buy (add'l) | 03/29/11 | J | | |
| 586. | | | | | Sold | 08/08/11 | J | A | |
| 587. Thomson Corp | A | Dividend | | | Buy (add'l) | 02/16/11 | J | | |
| 588. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 589. | | | | | Sold (part) | 05/03/11 | J | A | |
| 590. | | | | | Sold | 07/28/11 | J | A | |
| 591. Toronto-Dominion Bank | A | Dividend | K | T | Buy (add'l) | 03/11/11 | K | | |
| 592. Total SA ADR | A | Dividend | J | T | Buy (add'l) | 02/16/11 | J | | |
| 593. | | | | | Buy (add'l) | 03/29/11 | J | | |
| 594. Tupperware Brands | A | Dividend | J | T | Buy | 05/27/11 | J | | |
| 595. | | | | | Buy (add'l) | 06/22/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 07/26/11 | J | | |
| 597. | | | | | Sold (part) | 10/07/11 | J | A | |
| 598. Unilever NV | A | Dividend | K | T | Buy | 08/18/11 | J | | |
| 599. | | | | | Buy (add'l) | 08/25/11 | J | | |
| 600. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 601. UnitedHealth Group | A | Dividend | J | T | Sold (part) | 02/11/11 | J | B | |
| 602. | | | | | Sold (part) | 02/16/11 | J | B | |
| 603. | | | | | Sold (part) | 04/15/11 | J | B | |
| 604. | | | | | Sold (part) | 06/06/11 | J | B | |
| 605. | | | | | Buy (add'l) | 06/10/11 | K | | |
| 606. | | | | | Sold (part) | 09/22/11 | K | A | |
| 607. Verizon | A | Dividend | J | T | Sold (part) | 01/14/11 | K | B | |
| 608. | | | | | Buy (add'l) | 02/24/11 | J | | |
| 609. Vodafone Group PLC | A | Dividend | J | T | Buy (add'l) | 02/16/11 | J | | |
| 610. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 611. Wal-Mart Stores Inc. | A | Dividend | K | T | Sold (part) | 02/16/11 | J | A | |
| 612. | | | | | Buy (add'l) | 06/08/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 614. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 615. Wisconsin Energy | A | Dividend | | | Buy (add'l) | 01/18/11 | J | | |
| 616. | | | | | Sold | 04/11/11 | K | B | |
| 617. Retirement Funds | | | | | | | | | |
| 618. Abbott Labs | A | Dividend | J | T | Buy | 01/24/11 | J | | |
| 619. BP Prudhoe | A | Dividend | J | T | | | | | |
| 620. Caterpillar Inc. | A | Dividend | J | T | Buy | 06/15/11 | J | | |
| 621. Cleco Corporation New | A | Dividend | J | T | | | | | |
| 622. Chesapeake Utils Corporation | A | Dividend | J | T | | | | | |
| 623. Cisco Systems | A | Dividend | J | T | | | | | |
| 624. Citadel Broadcasting Corporation | | None | J | T | | | | | |
| 625. Clearbridge Energy MLP | A | Dividend | J | T | Buy | 09/26/11 | J | | |
| 626. Conoco Phillips | A | Dividend | J | T | Buy | 02/25/11 | J | | |
| 627. Consolidated Edison | B | Dividend | K | T | | | | | |
| 628. Consolidated Water Company | A | Dividend | J | T | | | | | |
| 629. Deere & Co. | A | Dividend | | | Buy | 06/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold | 07/13/11 | J | A | |
| 631. Disney Walt Company Com Disney | A | Dividend | J | T | | | | | |
| 632. Dominion Res Incorporated | A | Dividend | K | T | | | | | |
| 633. Dreyfus Treas Prime Cash | A | Dividend | L | T | | | | | |
| 634. Duke Energy Corporation New | B | Dividend | | | Sold | 09/26/11 | K | B | |
| 635. Exxon Mobil - IRA | A | Dividend | K | T | | | | | |
| 636. First Industrial Realty Trust | | None | J | T | | | | | |
| 637. Frontline | A | Dividend | J | T | | | | | |
| 638. Getty Realty | A | Dividend | J | T | Buy | 01/24/11 | J | | |
| 639. Healthcare Rlty Tr Reit | A | Dividend | J | T | | | | | |
| 640. Heritage Cash Trust | A | Interest | K | T | | | | | |
| 641. Highwoods Properites | A | Dividend | | | Sold | 02/25/11 | J | A | |
| 642. Integrys | A | Dividend | K | T | | | | | |
| 643. International Paper Co. | A | Dividend | J | T | Buy | 09/26/11 | J | | |
| 644. J.P. Morgan Certificate of Deposit | | None | K | T | | | | | |
| 645. Kimberly Clark | A | Dividend | J | T | | | | | |
| 646. Knightsbridge Tankers Limited | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Nationwide Health Pptys; Merged with Ventas | A | Dividend | K | T | | | | | |
| 648. Nisource Incorporated | A | Dividend | J | T | | | | | |
| 649. Nordic American Tanker Shipping | A | Dividend | | | Sold | 08/25/11 | J | A | |
| 650. Permian Basin | A | Dividend | J | T | | | | | |
| 651. Petroleum & Res Corporation | A | Dividend | J | T | | | | | |
| 652. Plum Creek Timber Co. | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 653. Raymond James Bank Deposit Program | A | Interest | M | T | | | | | |
| 654. Raymond James Bonds | | None | | | Redeemed | 12/16/11 | J | A | |
| 655. Realty Income Corp. | A | Dividend | J | T | Buy | 01/24/11 | J | | |
| 656. Ship Finance International | B | Dividend | K | T | | | | | |
| 657. Southern Company | A | Dividend | J | T | | | | | |
| 658. Spectra Energy | A | Dividend | J | T | | | | | |
| 659. Teco Energy Incorporated | A | Dividend | J | T | | | | | |
| 660. Teekay Offshore | A | Dividend | J | T | | | | | |
| 661. Tortoise Energy | B | Dividend | K | T | Buy (add'l) | 08/25/11 | J | | |
| 662. T. Rowe Price - Latin America - IRA | A | Dividend | K | T | | | | | |
| 663. Vanguard Group - Energy Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Wells Fargo Certificate of Deposit | | None | J | T | | | | | |
| 665. CurrencyShares Japanese Yen Trust | | None | | | Sold | 01/24/11 | K | C | |
| 666. CurrencyShares Australian Dollar Trust | A | Dividend | | | Sold | 01/24/11 | K | B | |
| 667. CurrencyShares Canadian Dollar Trust | A | Dividend | | | Sold | 01/24/11 | K | A | |
| 668. CurrencyShares Swiss Franc Trust | A | Dividend | | | Sold | 01/24/11 | K | C | |
| 669. Dow Chemical Retirement Health Care Assoc. | | None | J | T | | | | | |
| 670. Dow Chemical Elective Deferral Plan | | None | J | T | | | | | |
| 671. Freeland State Bank - Certificate of Deposit - IRA | A | Dividend | K | T | | | | | |
| 672. YUM, Inc | | None | J | T | | | | | |
| 673. Auto Owners Insurance - Annuity | A | Interest | J | T | Buy | 08/04/11 | J | | |
| 674. SEP-IRA - ▊ | | | | | | | | | |
| 675. Health Care Select | A | Dividend | J | T | Buy | 04/26/11 | J | | |
| 676. iShares MSCI EAFE | A | Dividend | J | T | Buy | 04/26/11 | J | | |
| 677. iShares MSCI Emerging Mkts | A | Dividend | J | T | Buy | 04/26/11 | J | | |
| 678. | | | | | Sold (part) | 10/25/11 | J | A | |
| 679. iShares S&P 500 Growth Index | A | Dividend | J | T | Buy | 04/26/11 | J | | |
| 680. | | | | | Buy (add'l) | 11/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. | | | | | Buy (add'l) | 12/07/11 | J | | |
| 682. iShares Russell 1000 | A | Dividend | K | T | Buy | 04/26/11 | K | | |
| 683. iShares Russell 2000 | A | Dividend | J | T | Buy | 04/26/11 | J | | |
| 684. | | | | | Sold (part) | 08/08/11 | J | A | |
| 685. Japan Index (ETF) | A | Dividend | J | T | Buy | 04/26/11 | J | | |
| 686. | | | | | Sold (part) | 12/13/11 | J | A | |
| 687. NASDAQ-100 Index | A | Dividend | J | T | Buy | 04/26/11 | J | | |
| 688. SPDR Gold Trust | A | Dividend | J | T | Buy | 04/26/11 | J | | |
| 689. | | | | | Buy (add'l) | 08/08/11 | J | | |
| 690. WisdomTree India Earnings Fund | A | Dividend | J | T | Buy | 04/26/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 46 of 47

Name of Person Reporting

Opperman, Daniel S.

Date of Report

08/02/2012

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT
Page 46 of 47

Name of Person Reporting

Opperman, Daniel S.

Date of Report

08/02/2012

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel S. Opperman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544